IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NEWPORT-JACKSON COUNTY INDUSTRIAL
DEVELOPMENT BOARD                                                                PLAINTIFF

v.                              CASE NO. 3:21-CV-00231-BSM

BRLS PROPERTIES AR-NEWPORT LLC                                          DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE